UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS F. COOLEY

v. C.A. 04-338 S

CORNELL CORRECTIONS, INC., et al.

**ORDER**

The Court hereby **AMENDS** its Order dated February 14, 2004, re-setting the discovery deadlines established in the pre-trial Order. The Court hereby establishes the following deadlines:

1. Fact discovery shall close on September 28, 2005;
2. Plaintiff shall disclose its expert witnesses on or before September 28, 2005;
3. Defendants shall disclose its expert witnesses on or before September 28, 2005;
4. Expert depositions shall be concluded by October 28, 2005; and
5. Dispositive motions shall be filed by November 28, 2005.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
March 24, 2005

EXHIBIT
tabbies
A