RECEIVED SEP 2 3 2005

United States District Court
District Of Rhode Island

Thomas F. Cooley

Vs. C.A. 04-338-S

Cornell Corrections, Inc., ET. Al

Motion For Enlargement Of Time

The Plaintiff, Hereby is requesting That The Courts consider upon my motion To ask for enlargement of Time for The preparation of The (1) facts discovery that was ordered to be closed on September 28 Th 2005.
(2) Plaintiff shall disclose it's expert witnesses on or before September 28 Th, 2005.
(3) Defendant shall disclose it's expert witnesses on or before September 28 Th 2005
(4) Expert depositions shall be concluded by Oct 28 2005.
(5) Dispositive motions shall be filled by November 28 Th 2005.

EXHIBIT B

As part of The court order that was amended it's order dated February 14Th 2005 re-setting The discovery deadlines established in The Pre-Trial Order. The Court hereby establishes The following deadlines: And That This order was ~~Sing~~ signed by Senior U.S.M.J. Jacob Hagopian on March 24Th, 2005, that is part of The docket entry # 25.

The Plaintiff is not able To complete This order on Time due to some on going difficulty's in prepareing These discovery and The deadlines That follows above in This case, Title, action above.

The Defendants have been forwarded a copy of This motion to The respective counsel Dennis T. Grieco II, That represents The Defendants in This matter.

Respectfully submitted

Thomas F. Cooley

Thomas F. Cooley Pro-se

Date: 9-1-05

# Certificate of Service

The Plaintiffs Thomas F. Cooley Do hereby certify That The forgoing was sent by Postage Pre-paid or First Class Mail on The given date of 9-1-05 To The United States District Court of R.I.
C.A. 04-338-S

Respectfully submitted
Thomas F. Cooley
Thomas F. Cooley, pro-se
Dated: 9-1-05