United States District Court
District Of Rhode Island

Referred to U.S.M.J. HAGOPIAN
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 10/11/05

Thomas F. Cooley

Vs. C.A. 04-338-S

Cornell Corrections, Inc., ET. AL

RECEIVED FILED
SEP 2 8 2005 SEP 2 8 2005
U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

# Motion For Enlargement Of Time

The Plaintiff, Hereby is requesting That The Courts consider upon my motion To ask for enlargement of Time for The preparation of The ① facts discovery that was Ordered to be closed on September 28th 2005.

② Plaintiff shall disclose it's expert witnesses on or before September 28th, 2005.

③ Defendant shall disclose it's expert witnesses on or before September 28th 2005

④ Expert depositions shall be concluded by Oct 28 2005.

⑤ Dispositive motions shall be filled by November 28th 2005.

As part of The court order That was amended it's order dated February 14th 2005 re-setting The discovery deadlines established in The Pre-Trial Order. The Court hereby establishes The following deadlines: And That This order was ~~Sign~~ signed by Senior U.S.M.J. Jacob Hagopian on March 24th, 2005, that is part of The docket entry # 25.

The Plaintiff is not able To complete This order on Time due to some on going difficulty's in prepareing These discovery and The deadlines That follows above in This case, Title, action above.

The Defendant's have been forwarded a copy of This motion to The respective counsel Dennis T. Grieco II, That represents The Defendants in This matter.

**ORDER**

**DENIED.** Additional discovery time has already been granted by this Court. The parties have had ample time to conduct discovery in this case.

[signature]
Jacob Hagopian
Senior U.S. Magistrate Judge
Date: October 17, 2005

Respectfully Submitted

[signature]

Thomas F. Cooley Pro-se

Date: 9-1-05