UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS F. COOLEY,
Plaintiff

VS. C. A. NO. 04-338 S

CORNELL CORRECTIONS DONALD
W. WYATT, D.F. USA, ECT, ET AL,
Defendants

**MEMORANDUM OF LAW IN SUPPORT OF CORNELL CORRECTIONS OF RHODE ISLAND, INC.'S AND CORNELL COMPANIES, INC.'S (wrongfully designated as Cornell Corrections Donald W. Wyatt OR CORNELL CORRECTIONS, U.S.A.) MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATIONS IMPOSED BY AMENDED GENERAL ORDER NO. 2002-01**

Cornell Corrections of Rhode Island, Inc. and Cornell Companies, Inc., (collectively "the Cornell corporations"), respectfully submit this memorandum of law in support of their motion for leave to file a memorandum in support of their motion for summary judgment in excess of the page limitations imposed by Amended General Order No. 2002-01. The Cornell corporations have prepared a memorandum in support of their motion for summary judgment in the above-entitled case, which addresses several constitutional issues and is twenty-six (26) pages in length. The Cornell corporations seek leave to exceed the page limitations imposed in Amended General Order No. 2002-01 due to the complexity of the constitutional issues to be addressed. In order to effectively and intelligently address these issues, the Cornell corporations will need to exceed the page limitations imposed by Amended General Order No. 2002-01. This will also conserve judicial resources by saving the Court from having to research these issues without the benefit of the Cornell corporations' research and analysis.

Furthermore, the Cornell corporations seek to attach exhibits to their memorandum in support of their motion for summary judgment in excess of the page limitations imposed by Amended General Order No. 2002-01. The analysis of the constitutional issues contained in the supporting memorandum relies for its support upon an analysis of a decision by the First Circuit Court of Appeals, which necessitates reference to the appellate briefs filed in that case. However, these two documents alone comprise thirty-nine (39) pages. As support for other arguments contained in the supporting memorandum, the Cornell corporations seek also to attach as exhibits an additional eleven (11) pages, which would fall well within the amount allowed pursuant to Amended General Order No. 2002-01. Allowing the Cornell corporations to attach the appellate briefs in the First Circuit case, however, would conserve judicial resources by saving the court from having to search through the records of another court outside of its jurisdiction.

Therefore, the Cornell corporations respectfully request that they be allowed to file a memorandum in support of their motion for summary judgment in excess of the page limitations imposed by Amended General Order No. 2002-01.

Cornell Corrections of Rhode Island, Inc. and
Cornell Companies, Inc.
By their Attorneys,

Dennis T. Grieco II #5037
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - (401) 331-9304 (FAX)

**CERTIFICATION**

Thomas F. Cooley, Pro Se
I.D. W84908
Old Colony Correctional Center
1 Administration Rd.
Bridgewater, MA 02324

I hereby certify that on the 28th day of October 2005, a true and accurate copy of the within was served upon the above-named plaintiff.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS F. COOLEY,
Plaintiff

VS. C. A. NO. 04-338 S

CORNELL CORRECTIONS DONALD
W. WYATT, D.F. USA, ECT, ET AL,
Defendants

**CORNELL CORRECTIONS OF RHODE ISLAND, INC.'S AND CORNELL COMPANIES, INC.'S (WRONGFULLY DESIGNATED AS CORNELL CORRECTIONS DONALD W. WYATT OR CORNELL CORRECTIONS, U.S.A.) MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATIONS IMPOSED BY AMENDED GENERAL ORDER NO. 2002-01**

Cornell Corrections of Rhode Island, Inc. and Cornell Companies, Inc. hereby move this Honorable Court for leave to file a memorandum of law in excess of the page limitations imposed by Amended General Order No. 2002-01. Defendants rely upon and incorporate by reference the memorandum of law filed herewith.

**WHEREFORE**, Defendants' motion should be granted.

Cornell Corrections of Rhode Island, Inc. and
Cornell Companies, Inc.
By their Attorneys,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - (401) 331-9304 (FAX)

**CERTIFICATION**

Thomas F. Cooley, Pro Se
I.D. W84908
Old Colony Correctional Center
1 Administration Rd.
Bridgewater, MA 02324

I hereby certify that on the 28th day of October 2005, a true and accurate copy of the within was served upon the above-named plaintiff.

[signature]