UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS F. COOLEY,
Plaintiff

VS. C. A. NO. 04-338 S

CORNELL CORRECTIONS DONALD W. WYATT, D.F. USA, ECT, ET AL,
Defendants

**CORNELL CORRECTIONS OF RHODE ISLAND, INC.'S AND CORNELL COMPANIES, INC.'S (WRONGFULLY DESIGNATED AS CORNELL CORRECTIONS DONALD W. WYATT OR CORNELL CORRECTIONS, U.S.A.) MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATIONS IMPOSED BY AMENDED GENERAL ORDER NO. 2002-01**

Cornell Corrections of Rhode Island, Inc. and Cornell Companies, Inc. hereby move this Honorable Court for leave to file a memorandum of law in excess of the page limitations imposed by Amended General Order No. 2002-01. Defendants rely upon and incorporate by reference the memorandum of law filed herewith.

**WHEREFORE**, Defendants' motion should be granted.

Cornell Corrections of Rhode Island, Inc. and
Cornell Companies, Inc.
By their Attorneys,

[signature] II

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - (401) 331-9304 (FAX)

Referred to U.S.M.J. Hagopian
☐ for findings & recommendation
☑ for determination
☐ ____________________
William E. Smith, U.S. District Judge
Date 10/31/05

ORDER GRANTED

[signature]

Jacob Hagopian
U.S. Magistrate Judge
1 Nov 05