U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thomas F. Cooley | 04-338-S |
| DEFENDANT | TYPE OF PROCESS |
| CORNELL CORRECTIONS Inc. ET AL. | 42 U.S.C. 1983 Civil Rights |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORNELL CORRECTIONS, Inc.

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
950 High St Central Falls R.I. 02863

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Thomas F. Cooley
I.D. 31515
W.C.C.C.
15 Paul X. Tivnan Dr W. Boylston, Ma. 01583

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Thomas F. Cooley Pro-se | ☒ PLAINTIFF ☐ DEFENDANT | NONE | 10-31-04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. ____ | No. ____ | [signature] | 11.8.04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| WAYNE SALISBURY - WARDEN | | |
| Address *(complete only if different than shown above)* | Date of Service | Time |
| 950 HIGH ST. CENTRAL FALLS R.I | 11/12/04 | 10 15 am |
| | Signature of U.S. Marshal or Deputy: C.A. Moore | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

U.S. MARSHAL'S OFFICE DISTRICT OF R.I.
2004 NOV -8 A 8:41
RECEIVED

EXHIBIT A

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE 11/12/04 |
|---|---|
| NAME OF SERVER (PRINT) CLIFTON A MOORE | TITLE DUSM |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 950 HIGH ST. CENTRAL FALLS, R

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): Wayne T. Salisbury Jr. Warden [illegible] 11/12/04

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/12/04
Date

X C.A Moore
*Signature of Server*

2 EXCHANGE TERR PROV. R.I
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2004 NOV 16 P 4: 12

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED

(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

First circuit division District of Rhode Island

THOMAS F. COOLEY, Pro-se

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-338-S

CORNELL CORRECTIONS, Inc.
DONALD W. WYATT, Detention. Facility
950 High ST, Central Falls, R.I. 02863

TO: (Name and address of Defendant)

Administration Office, Officials, ET, AL.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas F. Cooley, Pro-se
I.D. 31515
W.C.C.C.
5 Paul X. Tivnan Dr
W. Boylston, Ma. 02583

an answer to the complaint which is served on you with this summons, within 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/21/04

(By) DEPUTY CLERK