UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS F. COOLEY,
Plaintiff

VS. C. A. NO. 04-338 S

CORNELL CORRECTIONS DONALD
W. WYATT, D.F. USA, ECT, ET AL,
Defendants

**AFFIDAVIT OF WAYNE SALISBURY**

I, Wayne Salisbury, hereby testify and state as follows:

1. I am the Warden at the Donald W. Wyatt Detention Facility.

2. Cornell Corrections of Rhode Island, Inc. operates the Wyatt Facility pursuant to a contract with the Central Falls Detention Facility Corporation ("CFDFC").

3. Cornell Corrections of Rhode Island, Inc. is a wholly owned subsidiary of Cornell Companies, Inc. Cornell Companies, Inc. is not a signatory to the contract between CFDFC and Cornell Corrections of Rhode Island, Inc.

4. Cornell Companies, Inc. was known as Cornell Corrections, Inc. prior to 2000 when it officially changed its name to Cornell Companies, Inc.

5. I am not and never was an officer or a managing or general agent of Cornell Companies, Inc.

6. I am not and never was an agent authorized to receive service of process on behalf of Cornell Companies, Inc.

7. The personnel that operate the Wyatt Facility are all employees of Cornell Corrections of Rhode Island, Inc. or employees of subcontractors of Cornell Corrections of Rhode Island, Inc.

EXHIBIT
tabbles
B

8. No legal entity by the name of "Cornell Corrections Donald W. Wyatt," "Cornell Corrections, U.S.A.," or "Cornell Corrections, Inc." currently exists or has existed since prior to 2000.

Signed under the pains and penalties of perjury.

Wayne Salisbury

Dated: 10/31/05