EXHIBIT
E
RECEIV

Defendant, Cornell Corrections Of Rhode Island, Inc.'s Interrogatories Propounded Upon The Plaintiff, Thomas F. Cooley.

Interrogatory No. 1: Thomas F. Cooley - D.O.B. 4-16-73 - not married - 2100 Phillips RD #28 New Bedford, Ma. 02745. - M.C.I. Concord. P.O. Box. 9106. W. Concord, Ma. 01742-9108 - Driver or Driver Helper - non-semi, non CDL. - Martinghetti Liquors Dist and Carolina Wine Dist, University Ave Norwood, Ma. 02062 re-hired June '01 -
[redacted]

Interrogatory No. 2: Due to The first complaint of The comment made by The nurse about my medical conditions at The time did have an effect on my mental state of mind while I was There because of The fact That I have a social disorder of people talking about me and it burns me up as to what or why They are looking or talking about or at me and at The time prior to my incarceration I had been seeing a mental health Dr. for many kinds of problems I have and also had started medication and further counseling of my social disorder. And I felt That The nurses may have shared more private issues of mine if in fact That They obtained my medical records from my outside Dr. office That has some issues That I wanted it to be personal, but since I was taking my medication on The streets The correctional facilities do request any information as to why we should continue his medication at any correctional facility at our expenses. And I feel That when I can't trust someone with my medical records and That They enjoy to exploit my personal feelings and make jokes about it is unfairly unjustified, disregard of The trust I give Them to keep what's in my file in my file and not share it with some unauthorized person That has no right to such information and make bad judgement. And who knows how many other guards he has told about my medical conditions just to spread The word and Then wonder why These guards are looking -

Continue - P.2

at me and laughing as well and Then I get This insecure feeling on The inside of me and it Then triggers my emotions and could start into a depression state of mind because I have This problem of not confronting my prolems, but to hold Them back and Then it builds and keeps building up and Then it can go both ways, either lay in silence or act up in rage and also I had been taken medication to control my temper but I felt it was doing The opposite and it did'nt help me and felt very much my life is pointless to live because of my problems I have in my life. There are The things we shared with The mental health Dr. and if This information is of value to mentally torture someone mind because They know Their weakness side of Them to get The thrill of The fact that I have no control over my medical records and I wonder how come I feel like This when I feel someone is doing The Things That disturbes me of The several social disorders I deal with, and yes This matter has caused some mental & emotional distress while at That facility and still to This day I feel The mental state of mind That anything I say about my medical conditions etc. am I gona have to face This all over again but how will I know, I don't but I expect it from That day forward from The next institution to The next one all because The trust I give was violated and broken and I will always Think people are talking about me just because They look at me or laugh at me and That's that.

Then The third complaint of The guards assaulted me is That C.O. McNulty had caused The most damage to my body of my face swollen on my left side That The photo shows and not only due to The severe case of his body weight I would assume is about 350 pounds toga and 6'3 or 6'4 in height is That his knee cap had put major pressure on my eyes and temple area and as of The result of That my left eye lid had been or causing muscle ~~[illegible]~~ spasm for over 1½ years and slowed down a bit and also my left eye tear duct always drips fluids since Then

Continue – P.3

And not only the multible bruises over my body wasn't called for, it was excessive force and abuse and further more when I had difficulty in breathing I had made it known to them to get off my back and face because of the fact C.O. McNulty knee cap crushing down on my face it had also been cutting off the air passage to my lungs and at the same time it wasn't any better to restrict my lungs from expanding up and down so that I may inhail oxygen considering the mace it self does incapasitate your body to do anything but be defenseless. I started to go into a panic state of mind and begging for my life to breath and twitching on the ground to get my stomach on it side so I can breath but they thought I was resisting and trying to break free from the restraining position and then forced me back down on my stomach, I had truely believe I was gona die over a misunderstanding and they knowingly knew my saliva never even hit the nurse, but had taken the matter beyond its scope of procedure of restraining an imate that had no control of his vission to make sure he's not gona spit on somebody. And ever since then I was terrified of C.O. McNulty to be around me at all times and anywhere in that facility and had made a request to never have him to be assigned to any unit that im in only my own safety and my life was at risk if he's to ever be around me. He's a person that has to torture someone when they can't defend him self because he has handcuffs on behind his back and leg irons on how much of a threat am I im the one thats been done wrong and they know it and won't admit it, and I was physically and mentally abused that night because I can see what they are capable of doing to a defenseless person and are only using the acting up in the cell kicking the door & flooding out as an escape goal scenario to justify and back up a defense if anything further is made out in a report if I plan on pursuing any action and yes I was very traumatized back then and still now, because any guard is capable of doing the same

Continue - P.4

And for The fourth complaint of being attacked in The rec-yard That I had suffered many injuries, bruises cuts & scrapes and black & blue eye & shin area's That are considered by me as physical abuse and some mental abuse as well. I could'nt believe what was going on that day here I am at The brink of death That may happen because I could'nt use my arms to defend my self and it was worse because my hands are behind my back and I could'nt sheild my face from the punches of great force That I could see flashing in my head when the impact had been repeating it self. I was very affraid of my life of being taken away because of The unknown actions that may take place after he's done beating me and Then stabbed me all over if he had The time or opportunity to do so before The guards decide to intervene and prevent any further injuries or worse, I mean 3 or 4 guards at The door that day and They could'nt do a job That They are trained for when such incidents take place and to take immediate action if The situation is very easily controled and in This case, it was controlable as to The degree of This matter.

Once again They have no respect for The corporation rules and procedures to enforce and to be fully enforced regardless who The party is, they have no interest in my safety or life what so ever and how can I trust Them to protect me in population is some-Thing goes wrong, The mental Thoughts are running thru my head do I need to keep my self in protective custody (P.C.) to keep my self out of reach of The guards and inmates and mentally reestablish my safety and life because of a game They play onto inmates That are easily vulnerable to be a victim. This is'nt The only time They mentally played with me because of The medication I take, so its been a ongoing matter That has put me in a position of anger and depression because I am unable to walk away from This on going physical mental and emotional abuse that They do to me for Their own amusement and satisfaction of breaking one's feeling down and to give up and not fight The system or The problem.

Continue - P. 14

United Liquors Dist / United or W. Bridgewater, Ma. (b) July '98 To Oct '99 (c) $400 To $500 a week $14.80 hr + incentives Full Time (d) Driver helper or warehouse work deliver to bars, restaurants, stores etc or unloading trucks + restocking shelves. (a) New England Retail Express 120 Morgan Dr Norwood, Ma. (b) Aug '94 To July '98 (c) $400 To $500 a week $10.00 hr + incentives Full Time (d) Driver helper or driver, deliver appliances, Furniture, bed sets, office Furniture and any other home or office items.
im sure I could put down a few more, but This about as much I can say That im a working person, and I hope This satisfy This interrogatory.

Interrogatory No. 30: (a) I have been educated in The Norwood Public School system since kindergarten to high school 12th grade and did graduate in The year of 1991. (b) This part reflects in sec (a) above. (c) all I recieved was The basic schooling of a public school system. back to part 2 sec (a) only The Norwood Public Schools system and The basic schooling of a public school system. (b) That reflects to sec (a) above. (c) That reflects on sec (a) and (b) above and no further education attained. (d) I did recieve my High School diploma on 6-2-91. and This should complete This section and of The last interrogatory That is needed to comply with order by The Defendants.

If by any chance that I can reserve The right to add any further information to any of The 1 To 30 Interrogatory That has been conducted in The best ability of The pro-se Plaintiff and of The best knowledge he can remember and The truth That he has nothing to hide, that is what This whole case is about, being up front about These 4 matters of The complaint That im allegedly finding This corporation at fault and/or others That may follow down The road as to how it can be prepared for a jury trial.

I do hereby certify That The foregoing is true + correct to The best of my knowledge under pains + penalty of perjury of The laws of U.S.A.

Respectfully submitted
Thomas F. Cooley
Thomas F. Cooley Pro-se
3-14-05