UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| THOMAS F. COOLEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORNELL CORRECTIONS, )<br>DONALD W. WYATT, D.F. )<br>)<br>Defendants. )<br>) | C.A. No. 04-338S |

### ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on July 25, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Cornell RI and Cornell TX's Motion for Summary Judgment is GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 8/15/06