UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS F. COOLEY

Plaintiff,

v.

CORNELL CORRECTIONS,
DONALD W. WYATT, D.F.

Defendants.

C.A. No. 04-338S

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on July 25, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Cornell RI and Cornell TX's Motion for Summary Judgment is GRANTED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/15/06