AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THOMAS F. COOLEY

V.

CORNELL CORRECTIONS,
DONALD W. WYATT, D.F.

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 04-338S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, CORNELL RI and CORNELL TX, AGAINST PLAINTIFF, PURSUANT TO THIS COURT'S ORDER ENTERED THIS DATE GRANTING CORNELL RI AND CORNELL TX'S MOTION FOR SUMMARY JUDGMENT.**

August 16, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk